UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA


TELLY GUILLORY
        Plaintiff

                                        Civil Action No: 07-cv-00780 H HK

        v.


GEORGE W. BUSH. Jr.
President. United States. et al
            Defendants

RECEIVED

MAY 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR THE APPOINTMENT OF COUNSEL


    NOW INTO COURT comes plaintiff Telly Guillory pursuant to
§ 1915 requests this court to appoint counsel to represent him in this case
for the following reasons:

1.  Plaintiff is unable to afford counsel

2.  The issues involved in this case are too complex

3.  The plaintiff as a segregation inmate has extremely limited
    access to the law library.

4.  The plaintiff has limited knowledge of the law

5.  Plaintiff fears interference or retaliation by prison staff
    will hinder his efforts in this case.

May 16, 2007
Date

Respectfully submitted

Telly Guillory #320441
Telly Guillory #320441
Camp-J-Gar 1-R-12
Louisiana State Prison
Angola, La. 70712

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mail to the Hon. Nancy Mayer-Whitington by U.S. mail postage prepaid this 15th day of May 2007.

S/ Telly Guillory #320441
Telly Guillory #320441

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

Telly Guillory
          Plaintiff

                                    Civil Action No: 07-CV-00780

    v.

George W. Bush Jr.
President, United States et al
          Defendants

### AFFIDAVIT IN SUPPORT OF THE
### PLAINTIFF'S MOTION FOR APPOINTMENT OF
### COUNSEL

Telly Guillory, plaintiff, being duly sworn deposes and says:

(1).  That he is an indigent prisoner because he owes the institution a few grands ($1000 dollars) in restitution. He does not have family members who are concerned about his well being or phlight in prison, so he's unable to incur any funds from his family. However, he was lucky enough to have his friend and co-plaintiff Vincent Simmons to pay the fee to file this suit. Therefore, he is virtually unable to afford an attorney.

(2)  That the issues in this case are complicated because so far he has never read any case or jurisprudence concerning the matter he has before the court. Also he contemplates adding an additional claim to his suit but he is uncertain about whether to do so.

(3).  That at present plaintiff is confined in administrative segregation (the dungeon) because of a confrontation with security. he has repeatedly requested all of his property with his legal cases but security has refused to retrieve. Furthermore, in the dungeon prisoner's are generally not allowed to have Law books given to them from the inmate counsel because prisoner's in the dungeon usually do not stay in the dungeon but 72 hours. Plaintiff has been in the dungeon for 30 days since the 16th of last month. Laws books are prohibited by institutional policy from dungeon prisoner's for fear they will leave and bring them to another camp in the prison. Moreover, by being an indigent prisoner plaintiff can only receive 2 postage stamps, and a legal supply package a week. The package consist of 1 ink pen, 1 pencil, 2 carbon papers. 25 sheets of short typing paper, 25 sheet of long typing paper. 5 business envelope, and 1 manillo (or clasp) envelope. That is not enough material for him to litigate this suit with 9 defendants.

(4).  That the plaintiff has limited knowledge in the Law only concerning the issue he's dealing with now because he has never before had to deal with such

an important issue that to his knowledge is unpreced-
ent. However, for well over 12 years he has been very
Litigeous, and has the capabilities of researching
cases. Filing pleadings. etc.


(5)    That plaintiff fears interference or retaliation from
prison personnel because over the past few years
he has constantly reminded the Warden Burl N.
Cain that if he ever were to be released he would
sue him because he knew the whole time i was
serving time illegally because one of his former
officer's falsly accused me of aggravated battery
and had me given a Life sentence. A month ago
plaintiff was in a confrontation with security in
Camp-C whereby an officer promised that security
officer's in Camp-J would find him hanging in
the cell. Prior to this incident security officers
at Camp-C were in an unobvious way stalking both
him and Vincent because they were next to each
other, but they were trying not to spook us. They
are well aware of this pending suit and Cain has
every reason to fear its outcome. So instead of
staying on the tier to give security a chance to
do me any harm at camp-C i checked out and
caused myself to get a write-up. In the process
a threat was made on my life. From there i have
Filed a 1483 suit asking for a TRO. See attached
exhibit (A).

Finally, plaintiff is educated well enough to help himself with this case being well familiar with civil law. However, Simmons is totally unfamiliar with civil and criminal law. He had an anonymous supporter who seen the two documentaries about his case one was "The Farm" and they sent him $50.000 dollars for a lawyer. but the lawyer messed up his case. So now he has to rely on me to help him litigate his suit; i doubt he can get any more money. Nevertheless, i cannot assist him with anything because we are in two different camps a mile away within the institution. Therefore, he will likely have his suit dismissed. In regards to that, i can file all pleadings if i had proper and adequate access to the law library, paper. and my property to help him and me but the institution will not permit me to have possession of his legal documents. If they find it in my cell i will get a disciplinary report because its against institutional policy to have another prisoner papers. So as it stands we are both at a disadvantage and in very much a need for attorney representation.

WHEREFORE the foregoing statements in this affidavit is true and correct under penalty of perjury.

May 16, 2007
Date

Jelly Guillory 320441
Affiant

SUBSCRIBED BEFORE ME a NOTARY this 17
day of May 2007.

Rankel Augustine
Rankel Augustine 24851
Ex-Officio Notary
Dept. of Public Safety & Corrections/LSP

NOTARY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA


Telly Guillory
                    Plaintiff

        v.


Lieutenant Hebert
Lieutenant Wells
Captain Thomas
Colonel Darren Boredlon
Colonel Charles Honeycutt
                    Defendants

Docket No: _07-278-JJB-SCR_

# CIVIL RIGHTS COMPLAINT

JURISDICTION

This Honorable Court has original jurisdiction to hear this complaint pursuant to 42 USCA § 1983. Also this court has jurisdiction to issue and decide a Temporary Restraining Order (TRO) pursuant to 28 USCA §§ 2201 - 2202.

Supplemental jurisdiction is asked to be attached to this suit pursuant to 42 U.S C A § 1367.

EXHIBIT- A

## STATEMENT OF THE CASE

1    Plaintiff Telly Guillory is before the court presenting a string of incidents that's been cleverly disguised to not cause any alarm, but has every indication as a threat to his Life and his freedom.

2.    Everything exposed in this suit that has occurred recently stems from plaintiff's conviction in September 1998 whereby he was charged aggravated battery on a correctional officer named David Wayne Ross.

3.    According to this officer it was alleged that plaintiff shot a homemade dart at him and it struck him on the center of his forehead. The officer Lied, and falsified his report. Plus he never initially reported the incident to Warden Burl Cain. No investigators or investigation was ever summoned to the scene of the incident to look for evidence to verify what the officer accused plaintiff of.

4.    Approximately two months after the incident occurred Warden Burl Cain took it upon himself to have plaintiff booked in St. Francisville jail all the while he knew the incident was never reported, investigated, and obviously could not have happened under the described circumstances.

5.    Fortunately, but unfortunately the warden made a great big mistake. His arrogancy, Led him to believe he was handing over a bad culprit to the courts who deserved to be punished for retaliating against one of his officer's. So, on September 22, 1998

6.    So on February 4, 1999 plaintiff was sentenced to Life in prison as an habitual offender.

7. Two years after his sentence plaintiff obtained his trial transcript, and that's when he realized that Ross was not so good at Lying. But Cain was not so sharp at paying close attention to Ross' False report and the prosecutor won his case because he used perjured testimony.

8. From reading the transcript plaintiff realized For the First time that the officer's testimony and statement conflicted tremendously with the physical evidence. But that the courts have been intentionally and repeatedly misapplying the Law to the Facts to avoid addressing the issue of whether the physical evidence support the officer's testimony or my testimony.

9. After 9 years of trying to challenge the insufficiency of the evidence in his case, and Finding that the Louisiana judicial system is biased plaintiff and Vincent Simmons Filed a class action section 1983 civil rights Lawsuit against every court (including this court) and judge who presided over their habeas and post conviction proceedings throughout the time they have been challenging the unconstitutionality of their convictions.

10. The suit was Filed in February of this year and is presently pending in the District of Colombia. From that moment on security officer's in Camp-C have been trying to Find ways to seperate Simmons and plaintiff From ground each other, but not make it Look so obvious. I cannot name their names herein because i do not know them by name, but i know that several officer's have come on the tier pointing at me and Simmons to other officer's Usually i would pay them no attention because as long as they don't touch me or threaten me, i won't react, to get their names or badge number.

11. Despite my saying this, because of my conviction being one stemming a correctional officer and not a civilian. numerous officer's in this institution know that officer David Ross Lied on me, but they also know that i pose no threat to any officer or security in general.

12.     Last year, however, around June or July plaintiff made the Board out of Camp-J extended Lockdown to Camp-C extended Lockdown.

13.     Normally in this institution once a prisoner is transferred from Camp-J to another extended Lockdown camp, he will have to complete 90 days, with good behavior, to make the board to working cell block.

14.     So far plaintiff has been before four boards, he hasn't had any write-ups, but security continues to deny him the board every time he went before them.

15.     One day plaintiff asked the assistant warden Mack Shaw, and Colonel Bordelon if they were intentionally denying him the board because of his criminal case. They both acknowledged that was not their reason and at that assured me they would let me make the April Board. Yet when the April Board came Colonel Bordelon denied me again.

16.     In all actuality, plaintiff never did, nor does care about making any institutional discipline board by his captors. All he desired to determine was whether these people were out to harm him or make his suffer more punishment out of retaliation because of his case.

17.     It just so happen, that soon thereafter in an unrelated incident that recently occurred a Captain a Camp-C made an implied threat that security would find Guillory hanging in the cell in camp-J.

18.     On April 16, 2007 at approximately 5:30 p.m. Lieutenant Hebert was coming down the tier hall to clock in for work. Upon approaching my cell he noticed a green cigarette lighter lying on my desk. Immediately he froze, stunned that he had caught me with a lighter red handed. I'm looking at him, and it was as if he had just stumbled upon a bag of herion. He could not even conjure the words "give me that, or give it to me" as

he attempted to come towards my cell to grab the Lighter, off my desk.

19.    Much to his surprise, i immediately on instinct grabbed the Lighter and threw in the toilet and Flused it. That instantly inFuriated him. All the while i can see the hurt on his Face especially since I'm Laughing at his phony attempt. He automatically believed that just because I'm a prisoner i was suppose to be scared of his badge and authority and just hand him over the Contraband. . . I'm not a civilian.

20.    Once he moved on away From my cell to go clock in he says "I'm coming in that Fucking cell." I said "I don't give a Fuck about you coming in this muthaFucking cell man, this is your cell, i just Live in it. You have every right in the world to shake it down. You ain't gon Find shit." That pissed him off even more. So then he replies starkingly: "I'll call the Lieutenant and have him bring that mace and we'll spray your Fucking ass down." I then boldly replied: "So what, go call him and matter of Fact. tell him to bring the tag team. i don't care." Hebert vehemently shouts: "You want the Fucking tag team muthaFucka I'll call them to."

21.    So then he closes the door to the clock box and storms off the tier. Once in the lobby i hear him immediately get on the phone and calls some one. I can hardly here what's being said because I'm in cell-10 way in the back of the tier, but i discern him telling that particular someone to bring a can of mace. and then he gives them my name.

22.    Approximately 15 minutes Later Captain Thomas a booth-Lickin-slave-minded-negro and his conFederate colleague subordinate Lieutenant Wells come on the tier with tickled-pink Hebert in tow.

23.    Everyone on that tier and probably elsewhere's knows that Wells and Hebert are two racist white boys who cannot stand African American people period. They just put up with them cause they have to. As Far as their attitude

towards African American prisoner's goes those two white boys will come on the unit and kick off all kinds of chaos with their childish kitty matenee' just to provoke prisoner's to argue with them and start cussing. A prisoner doesn't have to cuss them out. But just by merely using profane language while in a heated conversation with them, if they feel the prisoner is being bold, voceferious, sarcastic, or cocky. that's cause for a macing. This is how Wells and Hebert operate to agitate and provoke prisoner's in cells.

24.    But on this particular day, here comes someone else to get a piece of the action. Lt. Wells did not want to mace me himself because he already felt i had previously filed an A.R.P. or something a month earlier for him harassing me about having my cell light on at night. So, when Captain Thomas gets to my cell. Hebert and Wells sneaks off towards the back of the tier to clock in.

25.    So now Thomas stands at my cell and asks me what my problem. I briefly explained to him how Hebert seen the lighter on my desk, and how i picked it up and threw it in the toilet before he could ask me to give it to him. Then Thomas says: "Well, my officer said you cussed him out" at this time he shifted on his feet and turned his left side towards me near the cell bars. while his right side is leading away from the cell so that he can hide what he got concealed in his pocket. So while I'm explaining to him what i did say, once i said "all i told him was he could shake this muthafuckin cell down if he want to." Thomas replied: "Well, that's good enough right there."

26.    At that moment he withdraws out of his pocket a can of mace and sprayed in my right eye. I quickly turned away from the cell bars, one eye opened one eye shut, ran to the sink and grabbed a bottle i had previously filled with soap and water and squirted it at him. I'm hoping to spray it in his eye and let him see how it feels to spray chemicals in people face to have their eyes burning.

27. These dirty minded coward officer's in Angola believe that just because a negro is in a cage he's suppose to allow them to do him all the harm they want. They have a cold blooded tenacity for spraying mace. Its fun and game to them. And the average one of them will spray it untill the can is nearly empty.

28. After my unsuccessful attempt at trying to squirt soap in Thomas eye (because i could'nt see him, my eyes were shut.) and seeing that he was still spraying me undaunted, i quickly jumped on the top bunk bed, punched the light covering to break the plastic around the screws so that i could retrieve the light bulbs. i only able to save one from breaking, and threw the other towards the adjacent wall in the cell where it shattered. The gesture was as bad attempt to aim at him and scare him, but it did caused him to stop spraying mace him and wells, cause by that time he had joined in with his own can.

29. After this episode was over. Lt. Hebert. Lt. Wells and Capt. Thomas all left off the tier tickled pink that they had justfiable grounds now to have a bon-fem-roulette.

30. Once in the lobby one of them calls for the tactical team to do a cell entry. Ten minutes go by, no one shows up. I then opened my locker box and placed my documents and legal material in it, but i could'nt close the lid. Suddenly though. i hear somebody at the head of tier yell " Telly Guillory you coming to the bars to be restrained". I said loudly "yea". Then this same person tells someone else in the lobby " He said he aint coming to the bars." Angry prisoner's on the tier shouted back "that man didn't say that. That man said he's coming to the bars." All the time i knew this was the old routine these people play with us to justify calling the tactical team. It really doesn't matter what our response be. Although, i never refused to be restrained or come out of the cell.

31. Approximately, 10 minutes later Lt. Wells and Captain Thomas crept down the tier, both had a can of pepper spray in hand, upon approaching

my cell, they both commenced spraying this vividly dark red chemical mace all over my cell and on me. For no reason whatsoever. I didn't even turn around to face them, just kept my back turned standing by the Lavaratory. By this time both my eyes are shut, and my right eye was swollen. I had no way to defend myself against these two rogues who were solely abusing their power, excessively macing me on some Frolical adventure of their own.

32.    In the process, by my locker-box lid being open, my legal documents that were lying atop everything got soaked in chemical mace.

33.    After they sprayed this other more powerful chemical mace, they left the tier and stayed in the lobby waiting for the tactical team to arrive. However, when they did show up. Captain Groom and another Captain over the tactical team came to my cell. The other tactical team members stayed in the Lobby, and thats because Groom knows me very well, he knows i will not cause no any trouble unless provoked.

34.    So then the caucasian Captain asked me if i would come to the bars. I said "yes" and complied. He placed cuffs on me, and leg irons and began escorting me down the tier. Groom on my left and the other Captain on my right. While walking and clearly out of earshot of all the other officer's the caucasian Captain asked in a *soto voce* tone "who's fuckin with you." I equally whispered "Hebert." Then he told me straight up "Don't make me have to come back tonight." I shook my head and mumbled "okay", and he continued "I'll talk to them and everything'll be okay."

35.    I was then placed in the shower, took a brief shower, placed back in restraints and brought in the Lobby. No one touched me, harrassed me, or nothing. However. Wells, Hebert, and Thomas' could not even look me in the eye because they were dissappointed they could not get the satisfaction they wanted with the peaceful change of event.

36.     Subsequently, i was taken outside between the breezeway of Jaguar 1-2, 3-4 units to await a patrol driver to escorte me to Camp-J dungeon. The tactical team members by this time had left the area. As I'm standing in the breeze way Captain Thomas told me in a menacing tone "You think your ass got lucky this time huh bitch, but i guarantee you i gotcha ass." I said "yea, i hear ya, if you want me that bad, do me now." He replied "Just be cool bad muthafucka and i promise they'll find your black ass hangin in the cells at J."

37.     [At that, i knew this negro was hinting at calling his buddies in Camp-J to attack me the very moment i entered the Camp. There was i recall a previous hanging in Camp-J of a prisoner named Johnathan Stevenson In that incident it was reported that Stevenson beat up an officer by the nick name Cat-daddy in Camp-C. Out of retaliation for this assault, it is rumored that Captain Bonnette, Lieutenant Orr and several other officers tied something around Stevenson's neck and strangled him to death, in cell-3 in Gar unit dungeon. Then they left him hanging from the bars. two minor officer's seen him hanging and never attempted to get him down. According to the Baton Rouge Advocate newspaper it is reported that Warden Burl Cain is trying to cover for his officer's saying that Stevenson hung himself. despite a coroner's report clearly showing the inmate was murdered.]

38.     Plaintiff is well aware that Cain will protect his officer's for the wrongdoings they do, and will condone them beating gassing and murdering prisoner's all to save his reputation as the only warden in history who changed Angola. from a violent to non-violent institution.

39.     Now once the patrol driver Sgt. Morris came and placed me in the van, he asked Lt. Wells "do i take him to the hospital or has he been seen already." Lt. Wells answered "EMT, seen him already." When Sgt. Morris sat down in the drivers seat and closed the door. i told him "he's lying sergeant i never seen the EMT, nor ever refused to be seen." But he never responded.

Minutes Later we arrived at Camp-J at about 6:50 or 7:00. the First person i see coming down the walkway is Lt. Orr. As he came nearer to us he yells to Morris in a countryFied tone "is this the retarded muthaFucker who threw shit on the Captain." Morris didn't reply. Yet i Know by this statement that Captain Thomas had called Orr and told him i threw human waste on him so as to intensify the situation in hopes having Camp-J security physically attack me. Orr whom i never Seen nor met beFore seemed eageredly desperate to latch on to me right then and there. So then he asked me "you shit the Captain down." I replied "no, unless you call water and soap shit." Then he asked me about how Long i been in prison (Fishing me) i told him 15 years. he says "want be all that shit throwing back here in this camp." I knew what he was implying so i quickly responded, "Man look here. Fuck Camp-J. I've done 11 years in this camp. This my stomping ground back here, everybody Knows me in this came." Then i left as that, but he got the impression he wasn't messing with no scared Little rookie.

41.    So now once we get on Gar unit and enter the lobby i noticed Colonel Honeycutt standing by 1-Right tier gate (the dungeon) reading a newspaper. I walked over to him and said in a Familiar tone " Honeycutt (instead of Col. Honeycutt) i need to see the EMT For my hand, i got deep Lacerations to my hand For punching the Light Fixture in my cell." He Look conveyed he recognized me, then he looked at my hand and seen it cut up and bleeding proFusedly. He then looked at Orr and said, "Did he see the EMT" Orr answered "They told me he did." At this time Lt. Wright and another oFFicer came From around the corner where they were waiting in ambush and when Wright see me he yelled in a Familiar voice "Heeey Guillory, what the hell you doin back." I replied "I miss everyone". Then that's when Honeycutt asked Wright did they call you and tell you he had been Seen by the EMT" Wright replied "Yea. i Just got oFF the phone with them."

42.    That's how i Knew it was a planned ambush, but by seeing my

hand was in bad condition Honeycutt knew i couldn't have been seen by the E.M.T. So he gets on the phone and calls someone. By that time Sgt. Allen, the unit officer placed me in the shower on 1-Right tier, and i couldn't hear the conversation.

Minutes Later i see Honeycutt get up From the desk chair telling Wright. Orr and Sgt Boyd something about what they on the phone said, but i couldn't make it out. So then they (supervisors only) Left. When Sgt. Boyd came by the tier gate i questioned him about what Honey-cutt was saying, all Sgt. Boyd offerred was "he said the tag team didn't do a cell entry, so you didn't need to see the E.M.T." I Left it at that and made no Further inquiry's about the E.M.T. Although I'm aware that posted policy says that it's mandatory that i be seen by medical personal to have my eyes washed out whenever mace is used, regardless iF the tactical team made a cell entry or not. Plus with the visible injury to my hand i was suppose to have been treated and given some medicate to prevent infection. I knew it was all a cover up to hide all that mace used on me.

44.    Nonetheless the next day April 17, 2007 i tried to stop the E.M.T, but he just zipped past my cell, as they usually do when they see we have no sick-call sheet in the bars. Unfortunately at the time the unit did not have any sick-call sheets available. However, i did stop the social worker John McNeely and told him about my situation and he documented that security officer had threatened to hang me.

45.    Till date my eye is still red: slightly swollen and burning From the macing, and i can barely open my right eye Lid. My hand has begun to swell and their are several Lacerations and cuts all over my right knuckles. I have still not been seen no treated three day after the incident For my injuries, and as a result have been deliberately denied medical attention.

46.    On April 18, 2007 i went to Disciplinary Court and major Smith the board Chairman read the two reports. One from Hebert and one from Captain Thomas. According to Hebert he said he seen me with a lighter in my cell burning something. and he told me to give it to him, but i refused and cussed him out, then threw the lighter in the toilet. I knew he was lying about every thing, but in Capt. Thomas' report he said he came to my cell and seen me smoking a cigarette and asked him to give him the cigarette, but i refused to do so, and then refused his orders to come to the bars to be restrained and started cussing him too. Both officer's painted a fine picture of me being a hostile, and cantankerous person. At that Thomas alleged he administered a one (1) second burst of mace in my cell, and then said i reached in the toilet and threw human waste on his jacket, and threw a light bulb at him.

47.    This man obviously lied and said i hit him with human waste although he could never say what was in that bottle found in my cell that i had in my hand. It was never confiscated. and put into evidence for testing. So now he can have me charged in St. Francisville simply on what he said, not proof of what was in the bottle.

48.    Nevertheless i plead not guilty to both reports and noted to Major Smith that the reports contradict each other. Hebert said i threw the lighter away, but Thomas said i was smoking, and at that smoking when he approached my cell. That's plainly absurd to be that bold, it does fit my character. Smoking in extended lockdown is a violation. being seen by security is asking for trouble. But that's what Thomas used to justify macing me.

49.    Now according to what officer Thomas said about he ordered me to come to the bars to be restrained he's lying about that. But i want this court to note this herein because it is the primary issue that surrounds this case. It is customary as well as standard procedure for a supervisor to document that he ordered a prisoner to the bars to be restrained, if the inmate disobey's the order, supervisors can employ a 1-or-2 second burst of mace in the cell to gain compliance according to posted

policy. Most supervisors do not follow the procedures outlined in the prison policy but only write in their reports a colorable and indefensable report to make it virtually impossible for a prisoner to sue them.

50    In the event a supervisor is confronted with an inmate who is destroying property, injuring himself or another, supervisors are required to order the inmate to the bars to be restrained, or mace the inmate to prevent further destruction of property or injury to self or others. If the officer's intentions is to restrain the inmate he is to have a set of restraints brought to the cell by another officer. Failure to have those restraints at the cell can result in disciplinary action against the supervisor.

51.    To show that Capt. Thomas did violate posted policy, he never came to my cell with a set of restraints. In his report (like in numerous reports written by supervisors) they will always write "I ordered the inmate to come to the bars to be restrained) this statement acts as coverage for actually not have restraints, but it does imply the officer's intent to subdue a prisoner. However, as mentioned earlier Capt. Thomas came to my cell by himself, he kept his right hand in his pant pocket where he had a can of mace. Hebert and Wells were at the time clock the whole time. No one had a set of restraints. So Thomas' intent was to use force automatically with or without provocation.

52.    It is common in the extended lockdown enviroment for supervisors to use excessive mace on prisoner's for either using profanity during their conversations with security. whenever another officer accuses the inmate of cussing him. If security deems the language unsuitable, cocky, sarcastic, or bold on the part of the obsteperous prisoner they will use excessive force. Yet they know that no policy protects them for using force of any nature on prisoners for speech they elect to use. So in order to justify doing so they will commonly allege they ordered the inmate to come to the

bars to be restrained.

53    Another common feature that officers in extended lockdown are generally known for is lying about how much mace they employ on prisoners. It is standard to document a 1 or 2 second burst was used when in fact they do not stop spraying us until they get the desired satisfaction they need or until the can is empty. And usually more than one supervisor at the cell will be spraying the prisoner.

54.    According to officer Thomas' report he said he used a 1 second burst of mace on me, but i have proof with the documents in my locker box to show he used way more mace than reported. I will try to obtain my property and gather the papers that have mace on them and submit it to this court as evidence.

55.    As it stands i have every legitimate reason to take these people serious about Thomas' threat/promise to find me hanging in the cell. Be it genuine or not, because i am a known political prisoner. and have been very litigious with filing complaints in this court for over 12 years. I now have a life sentence because Warden Cain allowed an officer to issue a false report to convict me of a crime i did not commit, nor was proven at trial i committed. I have a civil suit now pending in Washington D.C. behind this and am requesting $25,000,000.00 (dollars). Warden Cain knows this, plus he knows my release is inevitable, and he is aware that i can sue him and D.O.C. behind the wrongdoings they did in order to have me convicted. I am placing this court on notice of my situation before anything dangerous happens to me.

56.    With this in mind this court must be made aware that Telly Guillory will not sit here passively and wait for these people to kill me in these cells out of retaliation. Nor will i commit suicide. I am not suicidal, nor a mental health patient. I have never before attempted suicide nor will i ever. Nor will i give these people any justification to kill me.

Respectfully submitted,

Telly Guillory 320441
Telly Guillory #320441
Camp-I- Gar 1-Right-6
Louisiana State Prison
Angola, La. 70712

# ORDER

IT IS ORDERED that plaintiff's MOTION FOR THE APPOINTMENT OF COUNSEL be granted.

THUS DONE AND SIGNED this ____ day of _____ 2007.

_____
Magistrate Judge Presiding