UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TELLY GUILLORY,

        Plaintiff,

v.                                Civil Action 07-00780  (HHK)

GEORGE W. BUSH, JR., et al.,

        Defendants.

**ORDER DENYING PLAINTIFF'S REQUEST
FOR APPOINTMENT OF COUNSEL**

      Before the court is plaintiff's request for appointment of counsel [#2]. Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981); *Peterson v. Nalder*, 452 F.2d 754, 757 (8th Cir. 1971). The court has considered the potential merits of this claim, the complexity of the legal and factual issues involved, the inability of the party to retain counsel by other means, the degree to which the interests of justice will be served by appointment of counsel, including the benefit the court may derive from the assistance of the appointed counsel, the plaintiff's ability to conduct whatever factual investigation is necessary to support his claim, and the ability of the plaintiff to support his case. The court has also taken into consideration the limited *pro bono* resources available to the court.

After carefully reviewing and weighing these factors, the court concludes that appointment of counsel is not warranted at this time. Accordingly, it is by the court this **29th**day of May, 2007, hereby

**ORDERED** that plaintiff's motion for appointment of counsel is **DENIED.**

Henry H. Kennedy, Jr.
United States District Judge