AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Telly Guillory
V.
George W. Bush, Jr.
President, United States
et al

SUMMONS IN A CIVIL CASE

CASE

Case: 1:07-cv-00780
Assigned To : Kennedy, Henry H.
Assign. Date : 4/20/2007
Description: PRO SE GEN. CIVIL

TO: (Name and address of Defendant)

First Circuit Court
of Appeals

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

Telly Guillory
# 320441
Camp-C. Jaguar 1-R-16
Louisiana State Prison
Angola, LA. 70712

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

APR 20 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Jelly Juillory | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 16, 2007    Jelly Juillory 320441
　　　　　　　　　　　　　　　Signature of Server

Camp-J-Den1-R-12 LSP, Angola La. 70712
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.