UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

Telly Guillory
    Plaintiff

Docket No: 07-00780

v.

**RECEIVED**
JUL 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

George W. Bush Jr. et al
    Defendants

## MOTION FOR JUDGMENT BY DEFAULT

NOW INTO COURT comes plaintiff Telly Guillory who respectfully requests this Honorable to issue a judgment by default against the defendants First Circuit Court of Appeals for the following reason.

On May 18, 2007 plaintiff mailed a copy of his suit and the summons to the defendants, via U.S. postal.

On June 6, 2007 the defendant's mailed it back to him and enclosed was a letter explaining why the suit was returned. See Exhibit (A).

From this letter it is apparent that the defendant does not desire to comply, and are repulsed by being sued by an inmate.

## COURT OF APPEAL, FIRST CIRCUIT

Date:  June 4, 2007

To:  Telly Guillory #320441
Camp-C-Jaguar 1-R-16
Louisiana State Prison
Angola, LA  70712

    In response to your correspondence received by this Court on <u>May 23, 2007,</u> please be advised:

(X)  We have no record that anything was filed on your behalf in this Court.
It appears that it is not intended for our Court.

( )  This Court can act only if you have a specific complaint; you have addressed that complaint to the lower court; and you have included documentation of such in your filing..

( )  This Court does not provide legal advice or forms.  Therefore, you may wish to contact your attorney, Department of Corrections, or the prison administration for legal assistance and/or forms.

( )  In accordance with R.S. 44:32, this Office charges $1.00 per page for reproducing the public records.  This fee is collected prior to making copies.  We could not however, process your request because it is unclear from your request what specific documents are to be copied (how many and which pages) and/or it did not appear you included the required pre-paid fee.

Sincerely,

*[signature]*
The Clerk's Office

Exhibit (A)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Telly Guillory
V.
George W. Bush, Jr.
President, United States
et al

SUMMONS IN A CIVIL CASE

CASE

Case: 1:07-cv-00780
Assigned To : Kennedy, Henry H.
Assign. Date : 4/20/2007
Description: PRO SE GEN. CIVIL

TO: (Name and address of Defendant)

First Circuit Court
of Appeals

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

Telly Guillory
#320441
Camp-C. Jaguar 1-R-16
Louisiana State Prison
Angola, LA. 70712

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

APR 20 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT)  Jelly Dilly | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 16, 2007        Jelly Dilly 320441
                                  *Signature of Server*

Camp-J-Den1-R-12 LSP, Angola La. 70712
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.