UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TELLY GUILLORY,**<br><br>     **Plaintiff,**<br><br>    v.<br><br>**GEORGE W. BUSH, JR., et al.,**<br><br>     **Defendants.** | Civil Action 07-00780  (HHK) |

## ORDER

Before the court is plaintiff's motion for judgment by default [#6]. This motion is premature. A plaintiff must first obtain an entry of default from the clerk of the court, and then she may seek an entry of default judgment. Fed. R. Civ. P. 55; *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986); *Meehan v. Snow*, 652 F.2d 274, 276 (2d Cir. 1981); *see also* 10A Fed. Prac. & Proc. Civ. 3d § 2682 (stating that "[p]rior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2), there must be an entry of default as provided by Rule 55(a)"). Accordingly, it is this 16th day of July, 2007, hereby

  **ORDERED** that plaintiff's motion is **DENIED**.

                 Henry H. Kennedy, Jr.
                 United States District Judge