UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TELLY GUILLORY,<br><br>    Plaintiff,<br><br>  v.<br><br>GEORGE W. BUSH, JR., et al.,<br><br>    Defendants. | Civil Action 07-00780  (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANTS' MOTION TO DISMISS

  Defendants the State of Louisiana, Governor Kathleen B. Blanco, the Louisiana Pardon Board, the Louisiana Supreme Court, the Louisiana First Circuit Court of Appeal, and the Louisiana 20th Judicial District Court filed a motion on July 19, 2007, to dismiss plaintiff's complaint [#9].  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.  Plaintiff is also referred to Local Rule 7(b) which provides that a party has eleven days within which to respond to a motion.  Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 31st day of July, 2007, hereby

**ORDERED** that plaintiff file an opposition to defendants' motion on or before August 27, 2007. If plaintiff fails to file a response or opposition to defendants' motion by this deadline, the court may enter judgment in favor of defendants.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge