UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TELLY GUILLORY
        Plaintiff

                                            Civil Action: 07-00780(HHK)

v.


GEORGE W. Bush, Jr. et al.
        Defendant

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

NOW INTO COURT comes plaintiff Telly Guillory, who pursuant to Rules 15(a) and 19(a) Fed. R. Civ. P. requests Leave to File an amended complaint adding:

(1) Grounds for denial of access to court

This court should grant Leave Freely to amend a complaint. See Forman v. Davis 371 U.S. 178, 182, 83 S Ct 227 (1962). Interroyal Corp v. Sponseller 889 F.2d 108, 112 (6th Cir.) cert denied 494 U.S. 1091 (1990)

Respectfully submitted

Telly Guillory #320441

## DENIAL OF ACCESS TO COURT

Plaintiff Telly Guillory contends that on July 25, 2006 he filed in the 20th Judicial District Court an application for Post Conviction Relief (PCR hereinafter), a Motion for Reconsideration, and two (2) motions to stipulate reurging the same insufficiency of evidence claim.

This was his third time arguing this claim, and being already time barred under the prescribed statutes of Limitation provision under La. C.Cr.P. art. 930.8, he asked the Court to review and reconsider its previous ruling following trial on his Post Verdict Judgment of Acquittal.

On August 1, 2006 the judge dismissed the motion to stipulate See Exhibit Attached (A)

Since plaintiff had filed three (3) motions and a writ, by the judge only saying in his letter "Your motion was denied" plaintiff concluded that the judge may have ruled on the motions to stipulate only.

After months went by and no ruling was made on the writ plaintiff wrote the court and asked the court if a ruling was forthcoming. The court never answered back.

As a result plaintiff has never received a ruling on the application till date.

Plaintiff contends that the purpose for this lawsuit is not to challenge by way of §1983 his criminal conviction, but to sue the courts for the intentional denial of access to the court, and an intentional denial of the right to redress grievance.

The repeated attempts to vindicate his constitutional rights by using PCR and Habeas, or clemency have all turned out to be futile because the courts have conspired to show favor to the jury's decision because the accuser is a correctional officer. Since plaintiff was already incarcerated at the time he was falsely accused of shoting officer Ross the courts felt it necessary to blame him for this bogus crime and like Federal judge Stephen Reidlinger the State Court judges feel plaintiff should suffer for life for provoking the incident. This is their way of showing contempt for him.

Although plaintiff cannot prove these judge's have spoken in private with some person outside the courts, their mere attempts at stonewalling the process for the fair administration of justice acts as a harbinger and a foreclosure to any attempt plaintiff makes to petition the courts for redress of grievance.

Plaintiff contends that also Louisiana's circumstantial evidence rule as applied to his case was never properly followed, and since the judge's have found a way to getting around applying correctly the standard itself should be declare unconstitutional, as well as In re Winship and Jackson v. Virginia because neither standard pronouncing the "beyond a resonable doubt" talismanic phrase is found in the constitution. and its enactment violates the 5th and 14th Amendment as well as plaintiff rights.

For these reasons plaintiff prays this court will allow him to amend his suit to add this claim.

Respectfully submitted,

Telly Guillory #320441

# TWENTIETH JUDICIAL DISTRICT COURT
### PARISHES OF EAST AND WEST FELICIANA
### STATE OF LOUISIANA

**GEORGE H. WARE, JR.**
JUDGE DIVISION A

P.O. BOX 529
CLINTON, LA 70722
PHONE: (225) 683-0613
(225) 342-9970



**WILLIAM G. CARMICHAEL**
JUDGE, DIVISION B

P.O. DRAWER 2758
ST. FRANCISVILLE, LA 70775-2758
PHONE: (225) 635-4363
(225) 342-9969

August 28, 2005

Telly Guillory # 320441
Camp - C - Jaguar 1 - Right 10
Louisiana State Prison
Angola, LA 70712

**Re: W - 98-6-254-A State v. Guillory**

Dear Mr. Telly:

I have received your letter of August 1, 2006 requesting clarification of this court's July 27, 2006 ruling. Your motion was denied. The State is not required to stipulate.

Sincerely,

*[signature]*

George "Hal" Ware
District Judge, Division A

*Exhibit (A)*