## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TELLY GUILLORY,

            Plaintiff,

v.                                            Civil Action 07-00780  (HHK)

GEORGE W. BUSH, JR., et al.,

            Defendants.

## ORDER DIRECTING PLAINTIFF TO RESPOND
## TO DEFENDANTS' MOTION TO DISMISS

The federal defendants in this matter filed a motion on August 3, 2007, to dismiss plaintiff's complaint [#12].   In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Id.* at 509.  Plaintiff is also referred to Local Rule 7(b) which provides that a party has eleven days within which to respond to a motion.  Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 8th day of August, 2007, hereby

**ORDERED** that plaintiff shall file an opposition to defendants' motion on or before September 21, 2007.   If he wishes, plaintiff may combine his opposition to this motion with his opposition to the motion filed by the non-federal defendants, which is due on or before August 27, 2007.  If plaintiff fails to file a response or opposition to the federal defendants' motion by the September 21, 2007 deadline, the court may enter judgment in favor of defendants.

Henry H. Kennedy, Jr.
United States District Judge