UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TELLY GUILLORY,**<br><br>            **Plaintiff,**<br><br>      v.<br><br>**GEORGE W. BUSH, JR., et al.,**<br><br>            **Defendants.** | Civil Action 07-00780  (HHK) |

### ORDER OF DISMISSAL

For the reasons articulated in the court's memorandum opinion issued this same day, it is this 4th day of September, 2007, hereby

**ORDERED** that defendants' motions [#9, #12] to dismiss plaintiff's complaint are **GRANTED**; and it is further

**ORDERED** that plaintiff's motion for leave to amend his complaint [#11] is **DENIED**; and it is further

**ORDERED** that plaintiff's complaint is **DISMISSED**.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge