UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

RECEIVED
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Telly Guillory
  Plaintiff-Appellee

v.                                    Docket No: 07-CV-00780
                                                  HHK

George W. Bush Jr. et al
  Respondent-Appellant

NOTICE OF APPEAL

Plaintiff-Appellee moves to appeal the judgment rendered in the above captioned matter dated September 4, 2007 to the District of Colombia Court of Appeals. And the judgment rendered 5-29-07.

Respectfully submitted

Telly Guillory #320441
Camp-J-Shark 2-Left-6
Louisiana State Prison
Angola, La. 70712

## CERTIFICATE OF SERVICE

I certify that a copy of the Foregoing has been mailed to Hon. Nancy Mayer-Whittington, Clerk of Court, 333 Constitution Ave N.W. Washington, D.C. 20001 by U.S. mail postage prepaid this 11th day of September 2007

s/ Telly Guillory #320441
Telly Guillory #320441