

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

Docket No: _____

Telly Guillory
    Plaintiff-Appellee

v.

George W. Bush Jr. et al
    Defendant-Appellant

Appeal From the United States District Court For the
District of Colombia
Docket No: 07-CV-00780 HHK
Judge Henry H. Kennedy Presiding

Respectfully submitted,

Telly Guillory #320441
Camp J- Shark 2- Left- 6
Louisiana State Prison
Angola, La. 70712

RECEIVED
OCT 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE CASE

Plaintiff Telly Guillory filed § 1983 suit against several state courts and judges, and Federal Court. He initially sought injunctive and declaratory relief. Then as an afterthought he sought monetary relief in the amount of $25,000,000.00 (dollars). The district court denied the suit believing that because plaintiff sought monetary damages plaintiff was seeking to invalidate his conviction and sentence with a civil suit.

## STATEMENT OF FACTS

At no time was petitioner asking for monetary relief for the unconstitutional decision of the judges in his case. Instead plaintiff sought relief only because the adverse impact that their judgement has on any future expectations of redressing grievance in their court. As it stands the oppurtunity to enter the courts seeking redress of grievance is futile, even though plaintiff is and will never be statutorialy barred from filing writs raising the same insufficiency of evidence claim. The conspiracy by the judicial system in Louisiana by judge's is the only reason plaintiff is prevented from having his claim properly heard and corrected.

## ARGUMENT

Prior to filing his objection to the state defendants Motion to Dismiss plaintiff received an order from district judge Henrey Kennedy telling him he had until September 21, 2007 to file a response to the Federal defendants Motion to Dismiss. A few day later the judge dismissed the entire lawsuit without giving plaintiff the oppurtunity to file a response. Undoubtably, judge Kennedy must have assumed that plaintiff's response to the State defendants motion to dismiss was also a response

to the Federal defendants Motion to dismiss. That was never plaintiff's intention to combine his response. To prove so, plaintiff filed a Motion To Stay in his case explaining to judge Kennedy that Warden Burl Cain fears the outcome of this suit so he ordered security guards to come remove all my legal material out of his cell. This move by the warden interfere's with plaintiff's right of access to the court and prevents him from effectively answering the defendants Motion.

As it stands plaintiff is unable to adequately address this appeal because he is without any law cases or books to litigate anything. Nevertheless he will do his best at objection to judge Kennedy's ruling.

It is apparent from the ruling that the judge believe's absolute immunity prohibits suits seeking declaratory or injunctive relief. The Law does not say so. See Slavin v. Curry. Furthermore, the Law does not say that judge's can violate the constitution or the constitutional rights of a prisoner and cannot be sued if the violation has an adverse impact on the prisoner's access to court or right to redress grievance. Even though i have never read of a case concerning this issue.

## CONCLUSION

WHEREFORE plaintiff prays this court will appoint him counsel representation to help him with his case and to keep this devil of a warden who has a personal interest in its outcome from hindering him. Furthermore plaintiff prays this court will accept his argument on the immunity question, herein and in his brief in Opposition To Defendants Motion To Dismiss. Plaintiff also prays this court

will refer his case back to the district court so that he can answer the Federal Defendants Motion To Dismiss.

Respectfully submitted,

Telly Guillory #320441
Telly Guillory #320441
Camp J- Shark 2-L-6
Louisiana State Prison
Angola, La. 70712

# CERTIFICATE OF SERVICE

I certify that a copy of the Foregoing has been mailed to The clerk of Court for the Court of Appeals for the District of Colombia by U.S. mail postage prepaid this 12 day of September 2007.

s/ Telly Guillory #320441
Telly Guillory #320441