UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NOV - 5 2007

RECEIVED

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Telly Guillory

USCA No. 07-5326

v.

George W. Bush Jr. et al

USDC No. 07-cv-00780

ORIGINAL

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Telly Guillory, declare that I am the ☑ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Whether the district errored when it granted defendants Motion to Dismiss?

Signature  Telly Guillory, 320441
Name of *Pro Se* Litigant (PRINT) Telly Guillory
Address Camp J-Shark 2-1-6, Angola, La. 70712 Louisiana State Penitentiary (LSP).

Submit original with a certificate of service to:

> Clerk
> U.S. Court of Appeals for the D.C. Circuit
> 333 Constitution Avenue, N.W.
> Rm. 5423, E. Barrett Prettyman U.S. Courthouse
> Washington, DC 20001

# Affidavit Accompanying Motion for Leave to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Jelly Guillory

Case No. 07-5326

v.

George W. Bush Sr. et al.

## Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

## Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Jelly X Guillory #320441

Date: October 25 2007

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): none | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | none | none | none |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | none | none | none |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| none | 0 | $ none | $ none |
|  |  | $ | $ |
|  |  | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)    Other real estate (Value)    Motor vehicle # 1  none  (Value)
  none                none                   Make & year: none
                                             Model: none
                                             Registration #. none

Motor vehicle #2  none  (Value)    Other Assets (Value)    Other Assets (Value)
Make & year  none                       none                    none
Model  none
Registration #: none

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | none | none |
|  |  |  |
|  |  |  |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| none | none | none |
|  |  |  |
|  |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are real-estate taxes included? | [ ] Yes  [✓] No | |
| Is property insurance included? | [ ] Yes  [✓] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: none | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): none | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): none | $ 0 | $ 0 |
| Department store (name): none | $ 0 | $ 0 |
| Other: none | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): none | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes    [✓] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes    [✓] No

If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:
_____none_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [✓] No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:
_____none_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.




13. State the address of your legal residence.
_____none_____
_____
_____

Your daytime phone number: (___) none
Your age: none    Your years of schooling: none
Your social-security number: none

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5326　　　　　　　　　　　　　　　　　　September Term, 2007

07cv00780



Telly Guillory,
　　Appellant

Filed On:

v.

George W. Bush, Jr., et al.,
　　Appellees

**O R D E R**

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by November 19, 2007, appellant either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a), and submit to **this court** a completed Prison Trust Account Report and Consent to Collection of Fees. See Attachments.

Appellant must give the Trust Account Report form to the Trust Officer for each institution in which appellant has been confined during the six months preceding the filing of the notice of appeal. The Trust Officer must complete and sign the Trust Account Report and return the Report and supporting documents to appellant. Appellant must complete and sign the Consent to Collection of Fees and submit all the documents to the Clerk's Office, U.S. Court of Appeals for the District of Columbia Circuit.

A prisoner who has previously filed three or more civil actions or appeals that were dismissed by a federal court as frivolous, malicious, or for failure to state a claim is not eligible to proceed without prepayment of the full filing fee unless the prisoner is in imminent danger of serious physical injury. See 28 U.S.C. § 1915(g). If the court determines this provision bars appellant from proceeding without prepayment, appellant will be required to pay the full filing fee to the district court or the appeal will be subject to dismissal for failure to prosecute. See D.C. Cir. Rule 38.

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5326**  **September Term, 2007**

Appellant's failure to comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk

Attachments:
- (1) Motion for Leave to Proceed on Appeal In Forma Pauperis
- (2) Prisoner Trust Account Report
- (3) Consent to Collection of Fees
- (4) Prison Litigation Reform Act Informational Letter