UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TELLY GUILLORY,**<br><br>             **Plaintiff,**<br><br>       v.<br><br>**GEORGE W. BUSH, JR., et al.,**<br><br>             **Defendants.** | Civil Action 07-00780  (HHK) |

**ORDER**

Before the court is plaintiff's motion for leave to proceed on appeal in forma pauperis [#20].  Upon consideration of the motion and the accompanying affidavit, it is this 28thday of November 2007, hereby

**ORDERED** that the motion [#20] is **GRANTED**.


                                                            Henry H. Kennedy, Jr.
                                                             United States District Judge